# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**CYNTHIA BURGETT,**

        **Plaintiff,**

v.                                                                Case No: 23-2173-JWB

**HY-VEE, INC.,**

        **Defendant,**

## JUDGMENT IN A CIVIL CASE

☒   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☐   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant.

| | |
|---|---|
|   3/19/25 | SKYLER B. O'HARA |
| Date | CLERK OF THE DISTRICT COURT |
| | |
| | by:   s/ Joyce Roach |
| | Deputy Clerk |